IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


Daniel Wise,                    :

          Plaintiffs,           :

     v.                         :    Case No. 2:08-cv-577

Steubenville Municipal          :    JUDGE MARBLEY
Court,

          Defendant.            :

## ORDER

     This case is before the Court to consider a Report and
Recommendation issued by the Magistrate Judge on November 6,
2008.  No objections have been filed to the Report and
Recommendation.  Therefore, the Court ADOPTS the Report and
Recommendation.  The complaint is DISMISSED as to the defendant,
Steubenville Municipal Court, in its entirety for lack of
jurisdiction and because this defendant is also immune from suit
under the Eleventh Amendment.  The Clerk shall mail a copy of the
complaint, the Report and Recommendation, and this Order to the
defendant.




                         _____s/Algenon L. Marbley_____
                         Algenon L. Marbley
                         United States District Judge