# *UNITED STATES DISTRICT COURT*
### *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| Daniel Wise, | : |
| Plaintiffs, | : |
| v. | : Case No. 2:08-cv-577 |
| Steubenville Municipal Court, | : JUDGE MARBLEY |
| Defendant. | : |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the February 24, 2009 Order, the Report and Recommendation is ADOPTED. The Complaint is DISMISSED in its entirety for lack of jurisdiction.

Date: **February 24, 2009**          **James Bonini, Clerk**

                                    s/Betty L. Clark
                                    Betty L. Clark/Deputy Clerk